IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LINCOLN ROAD PRODUCTIONS,<br><br>**Plaintiff**<br><br>v.<br><br>THE REIGN ENTERTAINMENT GROUP, *et al.*,<br><br>**Defendants** | **CIV. NO.** 12-1895 (JAG) |

### DEFAULT JUDGMENT

Pursuant to the Order entered on even date, (Docket No. 29), Default Judgment is hereby entered as follows:

1. Dismissing Plaintiff's negligence claim with prejudice;
2. In favor of Plaintiff against The Reign Entertainment Group in the amount of **$83,306.44;** and
3. In favor of Plaintiff against Calvin Darden in the amount of **$78,306.44.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of October, 2014.

s/ Jay A. Garcia-Gregory
United States District Judge